FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 3, 2025 10:08 AM
Lucy H. Carrillo, Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America<br>v.<br>RYAN JOSEPH YOU<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-MJ-00300 RT<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2, 2025__ in the county of __Honolulu__ in the
__—__ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Wesley F. Monaco
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: __April 3, 2025__



_____
Rom A. Trader
United States Magistrate Judge

City and state: __Honolulu, Hawaii__

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 25-MJ-00300 RT |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| vs. | |
| RYAN JOSEPH YOU, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wesley F. Monaco, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## **BACKGROUND**

1.      This affidavit is submitted for the purpose of establishing probable cause that, on or about April 2, 2025, Ryan Joseph YOU ("YOU"), the defendant, possessed with the intent to distribute a controlled substance, namely 50 or more grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2.      I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 21 of the United States Code.

3.      I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been since December 2023. As a Special Agent with the DEA, my duties include the investigation of violations of federal laws concerning the transportation, importation, manufacture, possession, and distribution of controlled substances. I completed 17 weeks of Federal Law Enforcement Training, graduating from the DEA Basic Agent Training Program in December 2023, with training in legal, tactical, and investigative skills. I am currently assigned to the Honolulu District Office in Honolulu, Hawaii. In connection with my official duties, I investigate criminal violations of federal drug laws and related offenses-

2

including violations of Title 21, United States Code, 801 et seq., and the Federal Controlled Substance Act. I am familiar with and have used many of the traditional methods of investigation, including, visual surveillance, informant and witness interviews, defendant debriefings, undercover operations, and the seizure of drug evidence. During my employment with DEA, I have become knowledgeable with the enforcement of Federal laws pertaining to narcotics and dangerous drugs. In particular, I have become versed in the methodology utilized in narcotics trafficking operations, the specific language used by narcotic traffickers, the unique trafficking patterns employed by narcotics organizations, and their patterns of drug abuse. My training and experience as a Special Agent, my participation in a multitude of investigations, and my interactions with other agents, as well as with other state and local law enforcement officer's familiar with drug investigations, form the basis of the opinions and conclusions set forth below, which I have drawn from the facts set forth herein.

4. This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the

3

course of the investigation.

## PROBABLE CAUSE

5.      On April 2, 2025, DEA investigators from the Honolulu District Office and Honolulu Police Department ("HPD") established surveillance at a residence in Honolulu, Hawaii in anticipation of locating Dunya Kanoa ("Kanoa") to execute a federal warrant for Kanoa's arrest. During surveillance, investigators observed a Honda Sedan ("Honda") depart the residence with two male occupants.

6.      Thereafter, investigators observed the Honda stop in a parking lot. The driver exited the Honda, removed a black bag from the trunk, and then returned to the driver's seat with the black bag in his hands. The driver was identified as RYAN JOSEPH YOU ("YOU"). YOU drove the Honda, with the male passenger, out of the parking lot and mobile surveillance continued.

7.      Thereafter, investigators observed the Honda park in an apartment complex. The passenger—then positively identified as Kanoa—exited the Honda and returned minutes later and reentered the Honda. YOU continued driving the Honda with Kanoa in the passenger seat.

8.      Investigators attempted to stop the Honda but YOU continued to drive away until reaching a dead end. After the occupants were ordered to exit the Honda, an officer saw from outside the Honda a methamphetamine pipe in plain

4

view in a bin on the back seat. Investigators used a narcotic detecting canine to screen the Honda. The canine alerted to the odor of narcotics.

9. During the subsequent search of the Honda, investigators located a black bag in a rear passenger seat. Upon searching the bag, investigators discovered the following, among other items: approximately 2,100 gross grams of methamphetamine; the lower receiver of a privately manufactured firearm (commonly known as a "ghost gun") with a loaded magazine with ten rounds inserted into the magazine well; an assortment of various unknown pills; and a debit card and a prescription bottle with YOU's name on them.

10. The methamphetamine recovered from the bag field-tested positive for methamphetamine. Methamphetamine is a Schedule II controlled substance. I know from my training and experience that approximately 2,100 gross grams of methamphetamine is consistent with a distribution amount and is not consistent with a personal use amount.

//

//

//

//

//

5

## CONCLUSION

11. Based on the facts described above, and on my training and experience, I submit that there is probable cause to conclude RYAN JOSEPH YOU possessed with the intent to distribute a controlled substance, namely 50 or more grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, April 3, 2025.

Respectfully submitted,

Wesley F. Monaco
Special Agent
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 9:57 a.m. on April 3, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 3rd day of April, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

6